# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

DEC 1 0 2007

SO............UST
BY............ ⓂⒷ ...RNIA
............ ..PUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>VS<br><br>Scott Steven Scilagyi<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>COMPLAINT FOR VIOLATION OF<br><br>18 U.S.C. Section 922 (g) (1)<br>Felon in Possession of a Firearm<br><br>18 U.S.C. Section 545<br>Smuggling Goods into the United States |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about December 7, 2007, within the Southern District of California, Scott Steven Scilagyi did knowingly and intentionally have in possession a firearm; in violation of Title 18, United States Code, Section 922 (g) (1).

*[handwritten annotation: Does not describe/ charged crime — no allegation re: felony conviction]*

### COUNT 2

That on or about December 7, 2007, within the Southern District of California, Scott Steven Scilagyi did knowingly and intentionally import a firearm and 18 grams of Marijuana, a Schedule I Controlled Substance into the United States from a place outside thereof; in violation of Title 18, United States Code, Section 545.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Enrique Martinez, Special Agent
U.S. Immigration and
Customs Enforcement

Sworn to before me and subscribed in my presence, this 10th day of December 2007.

_____
United States Magistrate-Judge

## PROBABLE CAUSE STATEMENT

I, Special Agent Enrique Martinez declare under penalty of perjury, the following is true and correct.

On December 7, 2007, at approximately 1415 hours, Scott Steven SCILAGYI entered the United States, from Mexico, at the San Ysidro, CA Port of Entry as the driver of a 2008 Chevrolet Silverado bearing Vehicle Identification #2GCEK13C071706119. Jennifer MARTINEZ accompanied SCILAGYI in the vehicle. SCILAGYI approached Customs and Border Protection Officer (CBPO) Jesus Segovia through primary lane 11 and received two negative Customs declarations from SCILAGYI and MARTINEZ. Both occupants stated that they were U.S. Citizens. MARTINEZ stated that she had lost her Identification card. CBPO Segovia decided to escort the vehicle and occupants to the secondary lot for further inspection.

CBP Canine Enforcement Officer (CEO) Gene Smithburg was requested to utilize his Narcotics Detector Dog "Kurow" to screen the vehicle. Kurow alerted to the ashtray and compact disc binder in the front of the cab. CEO Smithburg discovered butts in the ashtray, which smelled like marijuana. CEO Smithburg asked SCILAGYI what he was bringing and SCILAGYI admitted there were joints in the ashtray. SCILAGYI and MARTINEZ were escorted to the Secondary office for pat downs, which were negative.

CEO Lucy Coburn assisted with the inspection of the vehicle and discovered a handgun wrapped in a white towel in between the driver's seat and front center counsel. The handgun was turned over to CBP Branch Chief

Christine Schneider, who made the weapon safe. Branch Chief noticed the handgun was loaded and had two rounds in the barrel.

CBPO Jose Garibay was assigned the to the secondary inspection of the vehicle and discovered a plastic baggy containing 18 grams of marijuana. The marijuana was concealed within a CD case. CBPO Garibay seized the vehicle, handgun, ammunition and the marijuana. CBPO Garibay notified U.S. Immigration and Customs Enforcement (ICE) Special Agent (SA) Enrique Martinez of the seizure.

On December 7, 2007, at approximately 1630 hours, SCILAGYI was escorted to a video taping interview room. SCILAGYI was read his Miranda rights in the English language from a pre-printed Miranda Rights form by ICE SA Martinez and in the presence of Alcohol Tobacco and Firearms (ATF) SA Michael Cote. SCILAGYI waived his right to remain silent and indicated that he would answer questions without an attorney present. During the interview, SCILAGYI admitted that the marijuana discovered in the vehicle belonged to him. SCILAGYI denied any knowledge of the firearm. SCILAGYI stated that he bought the vehicle recently and had paid cash for it with money he inherited. SCILAGYI stated that he lent out the vehicle to a friend during the week and that he could have left the handgun inside the vehicle. SCILAGYI was crying throughout the interview and kept denying any knowledge of the handgun. SCILAGYI stated that he does not own a handgun.

On December 7, 2007, at approximately 1810 hours Jennifer MARTINEZ was escorted to a video taping interview room. MARTINEZ was read her

Miranda rights in the English language from a pre-printed Miranda Rights form by ICE SA Martinez and in the presence of SA Cote. MARTINEZ waived her right to remain silent and indicated that she would answer questions without an attorney present. MARTINEZ stated that she had seen SCILAGYI with a handgun at a friend's house the previous Tuesday or Wednesday. MARTINEZ denied any knowledge of the handgun in the vehicle but admitted knowledge of the marijuana. MARTINEZ stated that she and SCILAGYI had smoked marijuana recently.

A Criminal Records check of SCILAGYI revealed that in September of 2000, SCILAGYI was convicted in Visalia, CA Superior Court of CA Penal Code 487(A)- Grand Theft, a Felony. ATF SA Cote viewed the recovered firearm and described it as a .38 Caliber Derringer Mod 38. The firearm was manufactured in Miami, Florida, thus affecting Interstate Commerce.

Scott Steven SCILAGYI was arrested and transported to the Metropolitan

Correctional Center, San Diego, CA, for Federal custody and judicial

proceedings. Jennifer MARTINEZ was not arrested and was released thereafter.

Executed on December 8, 2007 at 1230 hours.


Enrique Martinez
Special Agent
U.S. Immigration and Customs Enforcement (ICE)



On the basis of the facts presented in the probable cause statement consisting of

4 pages, I find probable cause to believe that the defendant Scott Steven

SCILAGYI named in the probable cause statement committed the offense on

December 7, 2007 in violation of Title 18, United States Code, Section 922 (g) (1)

& Title 18, United States Code, Section 545.

United States Magistrate Judge                                    12/8/07 at 2:21PM