PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JAN -7 AM 10: 11
SOUTHERN DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

U. S. A. vs. SCILAGYI, SCOTT STEVEN
Register Number: 06695-298

Docket No. 07MJ2852-001

### Petition for Action on Conditions of Pretrial Release

Comes now Tisha Garcia Pretrial Services Officer presenting an official report upon the conduct of defendant SCILAGYI, SCOTT STEVEN who was placed under pretrial release supervision by the Honorable Barbara Lynn Major - sitting in the court at San Diego, on the 12TH day of December, 2007, under the following conditions: obey all laws federal, state, and local; make all court appearances; travel is restricted to the Southern and Eastern Districts of California; do not enter Mexico; report for supervision to Pretrial Services; not possess any firearm, dangerous weapon, or destructive device; provide a current residence address and phone number and keep it current while the case is pending; submit to treatment, and/or testing as specified by the PSO for drugs or alcohol (not to exceed eight times per month); actively seek and maintain full-time employment, schooling, or a combination of both; and if residing with mom, mom must keep all weapons outside of home so defendant does not have access to them.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**ALLEGATION 1: The defendant has failed to report in person since his release from custody on December 21, 2007.**

Condition Violated: Report for supervision to Pretrial Services.

Grounds for Violation: Pretrial Services has left several messages for the defendant to report to the office in person. On January 3, 2008, the defendant left a message acknowledging his need to report to Pretrial Services and indicated he would report in person on January 4, 2008, for his intake interview and drug testing.

**ALLEGATION 2: The defendant has failed to provide a current residence address and his whereabouts are unknown.**

Condition Violated: Provide a current residence address and phone number prior to release from custody and keep it current while the case is pending.

Grounds for violation:
The defendant has not been living at his mother's residence address as listed on his bond paperwork. He has failed to submit a current address to the court or to Pretrial Services. Attempts to locate the defendant by Pretrial Services, his attorney, and his mother (surety) have been unsuccessful, and his current whereabouts are unknown.

U. S. A. vs. SCILAGYI, SCOTT STEVEN　　　　　　　　　　　Docket No. 07MJ2852-001
Register Number: 06695-298

### Petition for Action on Conditions of Pretrial Release

**ALLEGATION 3: The defendant has failed to report in person for drug testing, on January 4, 2008, as directed by the assigned Pretrial Services Officer.**

Condition Violated: Submit to drug testing and/or treatment as directed by the assigned Pretrial Services Officer.

Grounds for Violation: Pretrial Services has left several messages for the defendant to report to the office in person. Specifically, on January 3, 2008, the defendant was directed to report before close of business on January 4, 2008, in order to submit to drug testing. On January 3, 2008, the defendant left a message acknowledging his need to report to Pretrial Services and indicated he would report in person on January 4, 2008, for his intake interview and drug testing. The defendant failed to report.

**PRAYING THAT THE COURT WILL SET AN ORDER TO SHOW CAUSE HEARING TO BE HEARD ON JANUARY 8, 2008, AT 9:00 A.M. AT THE TIME OF THE ALREADY SCHEDULED PRELIMINARY HEARING.**



| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 7th day of January, 2008 and ordered filed and made a part of the records in the above case.<br><br>/s/ Barbara L. Major<br>Honorable Barbara L. Major<br>U. S. Magistrate Judge | Executed on: 1/7/08<br><br>Respectfully,<br>/s/ Tisha Garcia<br>Tisha Garcia, U.S. Pretrial Services Officer<br>(619) 557-2990<br><br>Place　San Diego, California<br><br>Date　January 7, 2008 |